# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERIN RE, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-02054-PMP-GWF |
| vs. | ) | **ORDER** |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 21, 2011, required the parties to file a Joint Status Report regarding removed action no later than January 23, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **February 9, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 30th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge