1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8   ERIN RE,                                                    )
                                                               )
9                           Plaintiff,                         )        Case No. 2:11-cv-02054-PMP-GWF
                                                               )
10  vs.                                                        )        **ORDER**
                                                               )
11  HARTFORD INSURANCE COMPANY OF                              )
    THE MIDWEST,                                               )
12                                                             )
                            Defendant.                         )
13  _____          )

14          This matter is before the Court on the parties' failure to file a Joint Status Report.  The

15  Minutes of the Court dated December 21, 2011, required the parties to file a Joint Status Report

16  regarding removed action no later than January 23, 2012.  To date the parties have not complied.

17  Accordingly,

18          **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than

19  **March 5, 2012,** which must:

20          1.      Set forth the status of this action, including a list of any pending motions and/or

21                  other matters which require the attention of this court.

22          2.      Include a statement by counsel of action required to be taken by this court.

23          3.      Include as attachments copies of any pending motions, responses and replies thereto

24                  and/or any other matters requiring the court's attention not previously attached to the

25                  notice of removal.

26  . . .

27  . . .

28  . . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge