# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN RE, | ) |
| Plaintiff, | ) Case No. 2:11-cv-02054-PMP-GWF |
| vs. | ) **ORDER** |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 21, 2011, required the parties to file a Joint Status Report regarding removed action no later than January 23, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **March 5, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1 | Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2 | imposed.
3 |         DATED this 22nd day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge